

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | CASE NUMBER |
| v. | CR 11-72-43 |
| Khachatur Arakelyan | |
| DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _Feb. 18, 2011_____, _____, at _9:30_ ☒a.m. / ☐p.m. before the Honorable _Eick_____, in Courtroom _20_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____
*(Other custodial officer)*

Dated: _2/16/11_____

_____
U.S. District Judge/Magistrate Judge

---